

| | | |
|---|---|---|
| NEW YORK<br>LONDON<br>SINGAPORE<br>PHILADELPHIA<br>CHICAGO<br>WASHINGTON, DC<br>SAN FRANCISCO<br>SILICON VALLEY<br>SAN DIEGO<br>LOS ANGELES<br>BOSTON<br>HOUSTON<br>DALLAS<br>AUSTIN<br>HANOI<br>HO CHI MINH CITY | *FIRM and AFFILIATE OFFICES*<br><br>KATELYNN GRAY<br>DIRECT DIAL: +1 212 692 1051<br>PERSONAL FAX: +1 212 208 2521<br>*E-MAIL:* KGray@duanemorris.com<br><br>*www.duanemorris.com* | SHANGHAI<br>ATLANTA<br>BALTIMORE<br>WILMINGTON<br>MIAMI<br>BOCA RATON<br>PITTSBURGH<br>NEWARK<br>LAS VEGAS<br>CHERRY HILL<br>LAKE TAHOE<br>MYANMAR<br><br>ALLIANCES IN MEXICO<br>AND SRI LANKA |

**Application GRANTED. The Clerk of Court is directed to terminate ECF No. 11. SO ORDERED.**

*[signature]*

**July 27, 2022**

July 27, 2022

**VIA ECF**

Honorable Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square, Rm 2202
New York, NY 10007

   Re:  **Jose Quezada, et al.. v. Pernod Ricard USA, LLC**
      <u>Civil Action No. 22-cv-04532</u>

Dear Judge Furman:

  We represent Defendant Pernod Ricard USA, LLC ("Defendant") in the above-referenced matter. We write on consent of Plaintiff's counsel to respectfully request a 3-week extension of time to (1) submit a joint letter to the Court (Dkt. No. 5), and (2) to respond to Plaintiff's Complaint. Defendant's answer is currently due on August 8, 2022.

  This is the first such request for an extension of time to submit a joint letter and the second request for an extension of time to respond to the Complaint. No other deadlines are impacted by this request.

  The parties are actively engaged in meaningful settlement discussions and the additional time would enable the parties to focus on resolution. We propose filing a joint letter by August 17, 2022, to advise the Court of the status of settlement efforts. In the event we are unable to reach

DUANE MORRIS LLP

1540 BROADWAY  NEW YORK, NY 10036-4086    PHONE: +1 212 692 1000  FAX: +1 212 692 1020

DuaneMorris

Honorable Jesse M. Furman
Page 2

an agreement, Defendant will prepare and submit a response to Plaintiff's Complaint on or before August 29, 2022.

    We thank the Court for its consideration

                          Respectfully,

                          */s/ Katelynn Gray*

                          Katelynn Gray